# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSE NIEVES,**

      **Plaintiff,**

  v.

**JEFFREY ALDRIDGE,**

      **Defendant.**

:

:

:

**Case No. 2:25-cv-929**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the Magistrate Judge's September 11, 2025 Report and Recommendation. (ECF No. 13.) There, the Magistrate Judge performed an initial screen of Plaintiff Jose Nieves's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Complaint be dismissed for failure to state a claim on which relief can be granted. (*Id.*) The Magistrate Judge further recommended that Mr. Nieves's Motion to Withdraw Federal Question, construed as a motion to amend his complaint, be denied. (*Id.*) The time for filing objections has passed, and no objections have been filed.

The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 13), **DENIES** Mr. Nieves's Motion to Withdraw Federal Question (ECF No. 7), and **DISMISSES** the Complaint (ECF No. 1). The Court further **CERTIFIES** that any appeal of the above-captioned action would not be taken in good faith.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

**IT IS SO ORDERED.**

      /s/ Sarah D. Morrison
      **SARAH D. MORRISON, CHIEF JUDGE**
      **UNITED STATES DISTRICT COURT**